Justice Breyer,
concurring.
The majority explains that a proper Federal Rule of Civil Procedure 60(b) motion “attacks, not the substance of the federal court’s resolution of a claim on the merits, but some defect in the integrity of the federal habeas proceedings.” Ante, at 532. This is consistent with Judge Tjofiat’s description of the standard in his opinion below, see 366 F. 3d 1253, 1297 (CA11 2004) (specially concurring in part and dissenting in part), and I agree with it. I fear that other language in the majority’s opinion, especially its discussion of the significance of the word “claim,” could be taken to imply a different *539 standard, with which I would disagree. With that qualification, I join the majority’s opinion.